### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

GUSTAVO E. APARICIO,

       Plaintiff,

v.                            Case No:   6:24-cv-420-PGB-LHP

MAR TILE DESIGN CORP. and JOSE
J. HERRERA,

       Defendants

_____

### ORDER

Upon review of Plaintiff's response, Doc. No. 17, and given that a motion for default judgment has now been filed, Doc. No. 16, the Order to Show Cause, Doc. No. 15, is hereby **DISCHARGED**.  Plaintiff's counsel is cautioned that going forward, future failures to comply with all applicable Federal Rules of Civil Procedure, Local Rules, and/or Court Orders may result in the imposition of sanctions, up to and including dismissal of this case.

**DONE** and **ORDERED** in Orlando, Florida on June 24, 2024.

_____

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties